# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BELAL ELNAGGAR, | : |
|     Plaintiff, | : |
| | :   19-cv-3743-JMY |
| vs. | : |
| | : |
| GREGORY ALLARD; SCOTT WATSON; | : |
| J. SCOTT WATSON P.C., AND | : |
| WATSON AND ALLARD P.C., | : |
|     Defendants. | : |

## ORDER

AND NOW, this  31st  day of March, 2021, upon consideration of Defendants' Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 5), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED** as follows:

1. Defendants' Motion is **GRANTED** as to Plaintiff's claims for violation of 15 U.S.C. §§ 1962e(2) and 1962e(5), and those claims are **DISMISSED WITH PREJUDICE**.

2. Defendants' Motion is **GRANTED** as to Plaintiff's claim for violation of 15 U.S.C. §§ 1962f, and that claim is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that within fourteen (14) days of the date of this Order, Plaintiff may file an amended complaint with respect to his claim for violation of 15 U.S.C. § 1692f.

**IT IS SO ORDERED.**

                                                                    BY THE COURT:

                                                         /s/ John Milton Younge
                                                        **JUDGE JOHN MILTON YOUNGE**